**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Enrique Guzman-Castaneda, | No. CV-05-0318-PHX-DGC (CRP) |
| Petitioner, | **ORDER** |
| v. | |
| Tom Ridge, et al., | |
| Respondents. | |

Pending before the Court are United States Magistrate Judge Charles R. Pyle's report and recommendation ("R&R") and Respondents' motion to transfer. Docs. ##12, 13. Petitioner filed his habeas petition pursuant to 28 U.S.C. §2241 on January 27, 2005 challenging the administrative order of removal against him, including the failure to allow Petitioner § 212(c) relief at the administrative level. Doc. #1. Respondents move to transfer this case to the United States Court of Appeals for the Ninth Circuit on the ground that the REAL ID Act of 2005 has divested this Court of jurisdiction over the present petition. Doc. #13 at 1 (citing Pub. L. No. 109-13, 119 Stat. 231 (May 11, 2005); 8 U.S.C. § 1252). The R&R recommends that the Court grant Respondent's motion to transfer the case, pursuant to REAL ID Act of 2005. To date, Petitioner has not filed an objection to the Magistrate's R&R.

"Failure to object to a magistrate judge's recommendation waives all objections to

the judge's findings of fact." *Jones v. Wood*, 207 F.3d 557, 562 n.2 (9th Cir. 2000) (citing *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998)); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). Nevertheless, the Court has reviewed the recommendations of the R&R and finds that it is well founded. Respondents are correct that the REAL ID Act of 2005 has divested this Court of jurisdiction over this action, including the pending R&R. The Court will accordingly grant the motion to transfer.

**IT IS ORDERED:**

1. Respondents' motion to transfer (Doc. #12) is **granted**.

2. The Clerk of Court shall **transfer** this action to the United States Court of Appeals for the Ninth Circuit.

DATED this 3rd day of October, 2005.

_____
David G. Campbell
United States District Judge